**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-1259**

BETTINA M. SCOTT,

                                        Plaintiff - Appellant,

        versus

DONNA E. SHALALA, SECRETARY, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES,

                                        Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge. (CA-
99-2230-S)

Submitted:  August 7, 2000          Decided:  October 17, 2000

Before WIDENER and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

Affirmed by unpublished per curiam opinion.

David H. Shapiro, Diane Duhig, SWICK & SHAPIRO, P.C., Washington,
D.C., for Appellant.  Lynne A. Battaglia, United States Attorney,
James M. Webster, III, Assistant United States Attorney, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bettina M. Scott appeals from the entry of summary judgment in favor of the Defendant in this employment discrimination action against the Substance Abuse and Mental Health Services Administration ("SAMHSA"). We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Scott v. Shalala</u>, No. CA-99-2230-S (D. Md. Dec. 21, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2